IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENE B. KOHLER,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.
                              /

No. C 10-03141 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner, a federal prisoner, filed the present petition, entitled "Motion to Vacate Judgment Pursuant to 60(b)."

    On August 8, 2010, mail directed to Petitioner by the Court was returned to the Clerk with a notation that it was undeliverable. To date, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and

(2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Petitioner by the Court was returned as undeliverable.  The Court has not received a notice from Petitioner of a new address.  Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file.

    IT IS SO ORDERED.

Dated: 10/8/2010

*(signature)*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RENE B. KOHLER,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV10-03141 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rene Boudewijn Kohler Reg. #44060-112
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

Dated: October 8, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk